THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**V. SUAREZ & CO., INC.,**

    **Plaintiff,**

    v.

**CAMIONEROS UNIDOS DE PUERTO RICO, ET AL.,**

    **Defendants.**

**Civil No. 21-1271 (ADC)**

## OPINION AND ORDER

The Joint Stipulation for Entry of Judgment filed by all the parties to this action, **ECF No. 116**, is **NOTED** and **GRANTED**. As requested by the parties, the Court hereby "convert[s] the present TRO into a permanent one; [] dismisses with prejudice all other causes of actions and claims of any sort from any party in the present case without the imposition to any party of costs or attorney's fees." **ECF No. 116.**

Accordingly, the Court orders, decrees, and enters **PERMANENT INJUNCTION** enjoining:

Defendants, their officers, agents, employees, directors, members, and all persons in active concert or participation with any of them and each of them be and are hereby enjoined and permanently restrained from in any manner:

(a) blocking, disrupting, obstructing, restraining, coercing, interfering, hindering, refusing or delaying plaintiff's trade and business, including the distribution, transportation or delivery of plaintiff's products and merchandise coming to or leaving its facilities;

(b) obstructing, restraining, hindering, or delaying the free access (ingress and egress) in any and all of [plaintiff]'s facilities including, Industrial Luchetti, 300 Carr. PR 5, Bayamón, Puerto Rico, 00961; and, • Carr. 869 Bo. Palmas, Cataño, Puerto Rico 00962, of any and all persons, automobiles, carts, trucks, trailers, containers, and other transportation equipment, operated by any person, whether or not owned or operated by its members, or of plaintiff's employees or representatives and whether loaded or unloaded, and from in any way of manner engaging in acts of violence, intimidation, or coercion or threat in an effort or with the effect to obstruct, restrain, interfere, hinder and/or delay the free access;

(c) boycotting, monopolizing or obtaining or attempting to boycott, monopolize or obtain or otherwise, an increase in rates, tariffs and/or fixing prices and/or any other price than the one contracted for its transportation services and the right to transport, represent or deliver in Puerto Rico [plaintiff]'s cargo to and from the above-described facilities and from in any way obstructing, hindering and delaying the said transportation and delivery operations by other public or private carriers.

Defendants, their officers, agents, employees, directors, members, and all persons in active concert or participation with any of them and each of them be and are hereby enjoined and permanently restrained from preventing or interfering in any way or manner with any third-party providing services or otherwise doing business with plaintiff. **ECF No. 116** at 3.

Pursuant to the Joint Stipulation for Entry of Judgment, **ECF No. 116**, the Court **DISMISSES WITH PREJUDICE** "all other causes of actions and claims of any sort from any party in the present case without the imposition of costs or attorney's fees."

Clerk of Court shall enter Judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 16th day of February, 2022 at 2:22 p.m.

                                                  S/AIDA M. DELGADO-COLÓN
                                                  **United States District Judge**